# EXHIBIT B

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED          CELLAR ADVISORS LLC

POLICY NUMBER:           CU 8926590

POLICY DATES:            07-05-2012 TO 07-05-2013

David Hager being duly sworn on oath says he is an archivist of
Hawkeye-Security Insurance Company  and that he has compared the
attached copies of the insurance policy number listed above and
endorsements with the original records of the policy of insurance and
endorsements contained in the Company's files and that the same is a
true and exact recital of all the provisions in the said original policy and
endorsements attached thereto.

_David Hager_

Subscribed and sworn to before me

October 4, 2017

_Luann M Mueller_
Notary Public

Luann M Mueller
Notary Public, State of Indiana
SEAL
Marion County
Commission # 624064
My Commission Expires
February 7, 2019

*1142010892659000MOCU0PPRW009*

America First Insurance
PO Box 833906
Richardson TX 75083-3906

CELLAR ADVISORS LLC
4512 MANCHESTER AVENUE
UNIT 300
SAINT LOUIS   MO   63110

**INSURED COPY**

TO:

CELLAR ADVISORS LLC
4512 MANCHESTER AVENUE
UNIT 300
SAINT LOUIS  MO   63110

America First Insurance
PO Box 833906
Richardson TX 75083-3906

**INSURED COPY**



Coverage is provided in:

## HAWKEYE-SECURITY INSURANCE COMPANY

**This policy has been prepared for:**

**CELLAR ADVISORS LLC**
**4512 MANCHESTER AVENUE**
**UNIT 300**
**SAINT LOUIS  MO    63110**

**Agent Name and Address:**

**THE CORNERSTONE INSURANCE GROU**          **Agent Code:   3219832**
**721 EMERSON RD STE 500**
**SAINT LOUIS  MO    63141-6757**
                                           **Agent's Phone Number:  (314)-373-2900**

**Your insurance policy is enclosed. Please place it with your important papers.**

**Thank you for selecting us to service your insurance needs!**

**INSURED COPY**

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and your option to reject terrorism insurance coverage. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from a "certified act of terrorism" exceed a specified deductible amount, the government will reimburse the insurer for 85% of losses paid in excess of the deductible, but only if aggregate industry losses from such an act exceed $100 million. An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

### MANDATORY AVAILABILITY OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM"

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" <u>AND</u> that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in concurrence with the Secretary of State, and the Attorney General of the United States

(i)   to be an act of terrorism;
(ii)  to be a violent act or an act that is dangerous to –

    (I)   human life;
    (II)  property; or
    (III) infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of –

    (I)   an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
    (II)  the premises of a United States mission; and

(iv)  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

### REJECTING TERRORISM INSURANCE COVERAGE – WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

**ST-ML-505 (01/08)**                                                                 **Page 1 of 2**

**Note**: With respect to Excess or Umbrella policies, this offer of coverage pertains only to those lines of business covered by TRIA and, more specifically, does not apply to commercial automobile insurance. In addition, this offer of TRIA coverage is expressly conditioned upon your acceptance of coverage for "certified acts of terrorism" on all underlying insurance policies that are subject to TRIA. If you reject such coverage on your primary liability policies, you must also reject it on your Excess or Umbrella policy.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN IT IN THE ENCLOSED ENVELOPE. **Please ensure any rejection is received within thirty (30) days of the effective date of your policy**.

_____ I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from a "certified acts of terrorism" and my policy will be endorsed accordingly.

Note that certain states (currently CA, GA, IA, IL, MA, ME, MO, NY, NC, NJ, OR, RI, WA, and WI) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

_____                    _____
Policyholder/Applicant Signature                              Date

_____
Print Name

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

FOLD                                                                                              FOLD

**Policy Number**                          **Agency Code**

8926590                                    3219832

**Insured Name:**                          **Please fold on line.  Company**
                                           **address must show through window.**
CELLAR ADVISORS LLC

**Effective Date:**

07/05/2012

AMERICA FIRST INSURANCE
P.O. BOX 188060
FAIRFIELD OH 45018-8060

||ı|ı|ı||ıı||ııı||ı|ı|ı|ı||ıı||ı||ıı||ı|ıı||ı||ı|

**ST-ML-505 (01/08)**                                                **Page 2 of 2**

# COMMERCIAL LINES
# EFT-AUTOMATIC WITHDRAWALS PAYMENT OPTION

**Instructions:**
Enrolling is fast and easy. You may log into our Online Billing Service Center at www.americafirst-ins.com/billing and simply follow the instructions provided. You may enroll at anytime during your policy period.

**Why enroll in EFT-Automatic Withdrawals?**
**One less check to write, one less stamp to buy, one less payment to mail…**
It is a fast, convenient way to pay your insurance premiums. You will never need to worry about the security of your payment. We work through your bank and can only deduct the amount authorized.

**Frequently Asked Questions**
**Q.  How do EFT-Automatic Withdrawals work?**
**A.**  With your authorization, your insurance premium will be transferred from the checking account of your choice either in full, or on a monthly basis. You will receive at least ten days notification before your first withdrawal will occur.

**Q.  How do I know my bill is paid?**
**A.**  Your payment information is itemized on your checking account statement.

**Q.  With EFT-Automatic Withdrawals, how do I plan my finances to ensure I will have enough money in my account on the date the payment will be withdrawn?**
**A.**  Your payment will be made on the same day of each month so that you can plan accordingly. If you are still concerned, we provide an option during enrollment that will allow you to receive a notice a minimum of ten days in advance of each deduction.

**Q.  Are there any fees with EFT-Automatic Withdrawals?**
**A.**  No, another advantage of this option is there are no service charges or installment fees for EFT-Automatic Withdrawals.

**Q.  How are Audits handled?**
**A.**  At the time an audit is processed, a special billing notification will be sent to you prior to the issuance of the withdrawal notice. This special audit notification will provide you with additional time you need to review the audit prior to the actual withdrawal. Audits will be withdrawn in full. If you have any questions regarding this withdrawal, please contact your billing representative.

**Q.  Is the on-demand payment option still available?**
**A.**  Yes, if you want to continue to initiate your payments, but don't want to write a check, you can use the on-demand option to have your payment withdrawn anytime you receive your bill.

**Q.  How do I enroll in EFT-Automatic Withdrawals?**
**A.**  To place your policy on EFT-Automatic Withdrawals or have your current installment taken out of your checking account, you may log into the Online Billing Service Center, at www.americafirst-ins.com/billing, and select the "Make Payment / Manage Payment Options" tab, and select either "Setup Automatic Withdrawals" or "Make an On-Demand payment".

**Q.  What if I wish to discontinue EFT-Automatic Withdrawals?**
**A.**  You may opt out of EFT-Automatic Withdrawals at any time by logging into the Online Billing Service Center, selecting the "Make Payment / Manage Payment Options" tab, and selecting "Stop Automatic Withdrawals".

**INSURED COPY**


**America First Insurance**®
Member of Liberty Mutual Group

# EFT Automatic Withdrawals
# Enrollment Authorization Form

Agency Name: _____

Named Insured: _____ Account No: _____

Address: _____

City, State, Zip: _____

Business Phone: _____

I (we) authorize America First Insurance™* to initiate EFT - automatic withdrawals from the banking account listed below as payment when my (our) America First Insurance policy(ies) become due. I (we) authorize the financial institution on which my check is drawn to accept these deductions initiated by America First Insurance.

Bank Name: _____

Bank Routing Number: _____

Checking Account Number: _____

***NOTE: IN ORDER TO PROPERLY PROCESS YOUR APPLICATION, YOU MUST ATTACH A VOIDED CHECK.***

**<u>International ACH Transactions</u>**

- Is this transaction going to be withdrawn from/deposited to a bank outside of the United States?

  ☐ Yes    ☐ No

- Does this bank account have standing orders to move funds from the account we debited/credited to a bank outside of the United States?

  ☐ Yes    ☐ No

**NOTE: The withdrawal day will be automatically set for the account and can only be modified by a customer service representative. If the withdrawal day is the 29th, 30th, or 31st, and this particular day does not exist for a particular month, or if the withdrawal day falls on a weekend or holiday, that withdrawal will occur on the next business day.**

I (we) make this authorization subject to the following conditions:

- This authorization may be terminated at any time by written notification to America First Insurance. Notification to terminate automatic deductions must be received at least 10 days prior to the next deduction to prevent the deduction from occurring.

- Please select the following option, if desired.

  ☐ I would like America First Insurance to notify me, in writing, of all withdrawals. The notice will be issued a minimum of 10 days in advance of the planned withdrawal.

- PAY PLAN (select one): ☐ Annual    ☐ Monthly

Customer Signature: _____ Date: _____

Account Holder Signature: _____ Date: _____
*(If other than insured)*

> **Note: The completed form and a voided check can be mailed or faxed to us at America First Insurance, Billing Service Center, PO Box 85834, San Diego, CA 92186-5834. Fax Number: 619-744-6261. Or you can enroll automatically at www.americafirst-ins.com/billing and avoid having to complete or mail any documents.**

* Includes member companies such as American Fire and Casualty Company, America First Insurance Company, America First Lloyds Insurance Company, Hawkeye-Security Insurance Company, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Casualty Insurance Company, Ohio Security Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, West American Insurance Company

# IMPORTANT POLICYHOLDER INFORMATION
# CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments – Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.)

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent premium notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

**Insured Copy**

**ST-AL-305 (11-10)**                                                                 **Page 1 of 1**

# IMPORTANT NOTICE TO POLICYHOLDER

In accordance with MO Statute Chapter 375, Section 375.924, if you have any questions about your policy you may contact us at:

America First Insurance
P.O. Box 833902
Richardson, Texas 75083-3902
1-800-443-2533

07/05/2012        8926590        YN192339   1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN    00000439   Page        11

# IMPORTANT NOTICE TO POLICYHOLDER
# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION
# IN VIOLATION OF LAW EXCLUSION

This Notice explains changes in your Commercial Umbrella Liability coverage. It contains a brief summary of significant revisions and must be reviewed in conjunction with your previous and renewal policies to reference the endorsements described herein.

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

Your policy is being renewed with the **Exclusion – Recording And Distribution Of Material Or Information In Violation Of Law** endorsement **14-257 (05/09)**.

This endorsement replaces the current "Exclusion – Violation Of Statutes That Govern E-mails, Fax, Phone Calls Or Other Methods Of Sending Material Or Information In Your Policy" endorsement with a revised exclusion, newly titled "Exclusion – Recording And Distribution Of Material Or Information In Violation Of Law" endorsement. The revised exclusion contains language that elaborates on the intent of the Distribution Of Material In Violation Of Statutes Exclusion to reflect that, in addition to the TCPA and CAN-SPAM Act of 2003, the exclusion will more explicitly exclude liability coverage for bodily injury, property damage or personal and advertising injury arising out of any action or omission that violates, or is alleged to violate, the Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA) and any other similar federal, state or local statute, ordinance or regulation concerning disposal and dissemination of personal information.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ST-CU-726 (05/09)                                                                            **Page 1 of 1**

07/05/2012        8926590            YN192339   1710                     PGDM060D  J27677         ACAOPPN    00000442   Page      14

**NEW BUSINESS**



Marketed Through

**America First Insurance**
Member of Liberty Mutual Group

**EFFECTIVE DATE:   07/05/2012**

| | |
|---|---|
| Policy Number: CU   8926590 | Prior Policy:  8911672 |
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In   HAWKEYE-SECURITY INSURANCE COMPANY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| CELLAR ADVISORS LLC<br>4512 MANCHESTER AVENUE<br>UNIT 300<br>SAINT LOUIS  MO   63110<br><br>REFER TO NAMED INSURED SCHEDULE | THE CORNERSTONE INSURANCE GROU<br>721 EMERSON RD STE 500<br>SAINT LOUIS  MO   63141-6757<br><br>Agent Code:  3219832     Agent Phone: (314)-373-2900 |

## COMMON POLICY DECLARATIONS

**In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

**POLICY PERIOD: From :  07/05/2012   To:  07/05/2013    at 12:01 AM Standard Time at your mailing address shown above.**

**FORM OF BUSINESS:  LIMITED LIABILITY COMPANY**

**BUSINESS DESCRIPTION:  WINE CONSULTING SERVICES**

**This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.**

| | PREMIUM |
|---|---|
| Commercial Umbrella Liability Coverage Part | $   2,703.00 |
| **Terrorism Risk Insurance Act of 2002 and 2005 Coverage** | $      81.00 |
| **Total Policy Premium** | $   2,784.00 |

## FORMS AND ENDORSEMENTS

**Forms and Endorsements made a part of this policy at time of issue:**
 Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| 17-58 | - 0694 | NAMED INSURED SCHEDULE |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |

## COMMON POLICY DECLARATIONS (continued)

**17-57 (06/94)**

**INSURED COPY**

Countersigned:   By_____     _____

Authorized Representative                                   Date

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc.  1982,1983, 1984, 1985.

**Date Issued:  10/17/2012**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

**IL 00 17 11 98**

INSURED COPY

07/05/2012    8926590    YN192339  1710    PGDM060D  J27677    ACAOPPN    00000445  Page    17

**NEW BUSINESS**

Marketed Through 

## America First Insurance
Member of Liberty Mutual Group

**EFFECTIVE DATE:   07/05/2012**

| | |
|---|---|
| Policy Number: CU  8926590 | Prior Policy:  8911672 |
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In The   HAWKEYE-SECURITY INSURANCE COMPANY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| CELLAR ADVISORS LLC<br>4512 MANCHESTER AVENUE<br>UNIT 300<br>SAINT LOUIS  MO   63110<br><br>REFER TO NAMED INSURED SCHEDULE | THE CORNERSTONE INSURANCE GROU<br>721 EMERSON RD STE 500<br>SAINT LOUIS  MO   63141-6757<br><br>Agent Code:  3219832      Agent Phone: (314)-373-2900 |

### COMMERCIAL UMBRELLA LIABILITY COVERAGE PART DECLARATIONS

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | Any One Occurrence or Offense Subject To The General Aggregate and Products/Completed Operations Aggregate Limits |
| Aggregate Limits | $ | 1,000,000 | General Aggregate Limit |
| | $ | 1,000,000 | Products/Completed Operations Aggregate Limit |

**SELF INSURED RETENTION**

| | | | |
|---|---|---|---|
| Self Insured Retention | $ | 10,000 | Any One Occurrence Or Offense |

**UNDERLYING INSURANCE** – **Refer to Schedule of Underlying Insurance**

**PREMIUM**

| | | |
|---|---|---|
| Minimum Premium | $ | 900 |
| Total Premium | $ | 2,703 |

**FORMS AND ENDORSEMENTS**

**Forms and Endorsements made a part of this policy:**

| Form Number | | Description |
|---|---|---|
| 14-148 | - 1202 | SCHEDULE OF UNDERLYING INSURANCE |
| 14-155 | - 0204 | QUICK REFERENCE COMMERCIAL UMBRELLA LIAB COV PART |
| 14-186 | - 0204 | EXCLUSION - FUNGI OR BACTERIA |
| 14-188 | - 0204 | MISSOURI CHANGES |
| 14-200 | - 0108 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| 14-206 | - 0108 | EXCLUSION OF PUNITIVE DAMAGES OF CERT ACTS OF TERRORISM |
| 14-210 | - 0204 | COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM |
| 14-242 | - 0204 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| 14-249 | - 0204 | EXCLUSION - SILICA |
| 14-253 | - 0204 | EXCLUSION - PROPERTY EXTRUSTED |
| 14-257 | - 0509 | EXCL-RECORDING & DISTRIBUTION OF MATERIAL VIOLATION |
| 14-96 | - 0204 | EXCLUSION - PROFESSIONAL LIABILITY |

**14-211 (02/04)**

**NEW BUSINESS**

Marketed
Through



**America First
Insurance**®
Member of Liberty Mutual Group

---

**Forming a part of**

| | |
|---|---|
| **Policy Number:  CU  8926590** | |
| **Coverage Is Provided In  HAWKEYE-SECURITY INSURANCE COMPANY** | |
| **Named Insured:** | **Agent:** |
| **CELLAR ADVISORS LLC** | **THE CORNERSTONE INSURANCE GROU** |
| **REFER TO NAMED INSURED SCHEDULE** | **Agent Code:  3219832      Agent Phone:** (314)-373-2900 |

### SCHEDULE OF UNDERLYING INSURANCE

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Commercial General Liability | CBP 8926490 | 07/05/2012 - 07/05/2013 | PEERLESS INSURANCE COMPANY |

**Limits of Liability:**

| | |
|---|---|
| Each Occurrence: | $    1,000,000 |
| Personal and Advertising Injury: | $    1,000,000 |
| General Aggregate: | $    2,000,000 |
| Products/Completed Operations Aggregate: | $    2,000,000 |

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Commercial General Liability | CBP 8926290 | 07/05/2012 - 07/05/2013 | THE NETHERLANDS INSURANCE COMPANY |

**Limits of Liability:**

| | |
|---|---|
| Each Occurrence: | $    1,000,000 |
| Personal and Advertising Injury: | $    1,000,000 |
| General Aggregate: | $    2,000,000 |
| Products/Completed Operations Aggregate: | $    2,000,000 |

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Employers Liability | BNUWC0120936 (MO/IL) | 07/05/2012 - 07/05/2013 | BERKLEY NET |

**Limits of Liability:**

| | |
|---|---|
| Bodily Injury Each Accident: | $    500,000 |
| Bodily Injury by Disease Policy Limit: | $    500,000 |
| Bodily Injury by Disease Each Employee: | $    500,000 |

---

**14-148 (12/02)**

## SCHEDULE OF UNDERLYING INSURANCE (continued)

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Employers Liability | GWEW359000239112 (NJ) | 07/05/2012 - 07/05/2013 | GUARANTEE |

**Limits of Liability:**

| | |
|---|---|
| Bodily Injury Each Accident: | $ 500,000 |
| Bodily Injury by Disease Policy Limit: | $ 500,000 |
| Bodily Injury by Disease Each Employee: | $ 500,000 |

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Employers Liability | BNUWC0121207 | 08/07/2012 - 08/07/2013 | BERKELY NET |

**Limits of Liability:**

| | |
|---|---|
| Bodily Injury Each Accident: | $ 500,000 |
| Bodily Injury by Disease Policy Limit: | $ 500,000 |
| Bodily Injury by Disease Each Employee: | $ 500,000 |

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Auto Liability | BA 8926390 | 07/05/2012 - 07/05/2013 | THE NETHERLANDS INSURANCE COMPANY |

**Limits of Liability:**

| | |
|---|---|
| Each Accident: | $ 1,000,000 |

| Type of Insurance | Policy Number | Policy Period | Insurer |
|---|---|---|---|
| Employee Benefits Liability | CBP 8926490 | 07/05/2012 - 07/05/2013 | PEERLESS INSURANCE COMPANY |

**Limits of Liability:**

| | |
|---|---|
| Each Employee: | $ 1,000,000 |
| Aggregate: | $ 3,000,000 |

**Retroactive Date: 07/05/2012**

Date Issued: 10/17/2012

**NEW BUSINESS**

Marketed
Through



America First
Insurance®
Member of Liberty Mutual Group

**Forming a part of**

| | |
|---|---|
| **Policy Number: CU  8926590** | |
| **Coverage Is Provided In  HAWKEYE-SECURITY INSURANCE COMPANY** | |
| **Named Insured:**  CELLAR ADVISORS LLC  **REFER TO NAMED INSURED SCHEDULE** | **Agent:**  THE CORNERSTONE INSURANCE GROU  **Agent Code: 3219832     Agent Phone: (314)-373-2900** |

**NAMED INSURED SCHEDULE**

First  Named Insured:

**Name/Address**                                  Form of Business:  **LIMITED LIABILITY COMPANY**
**CELLAR ADVISORS LLC**
**DOMAINE CHICAGO LLC**
**DOMAINE ST LOUIS LLC**
**DOMAINE MANAGEMENT LLC**
**4512 MANCHESTER AVENUE**
**UNIT 300**
**SAINT LOUIS MO    63110**

                                                           **Date Issued:  10/17/2012**

**17-58 (06/94)**

| Policy Number:  CU  8926590 |
|---|

| Coverage Is Provided In  HAWKEYE-SECURITY INSURANCE COMPANY |
|---|

| Named Insured:<br><br>CELLAR ADVISORS LLC<br><br>REFER TO NAMED INSURED SCHEDULE | Agent:<br><br>THE CORNERSTONE INSURANCE GROU<br><br>Agent Code:  3219832        Agent Phone: (314)-373-2900 |
|---|---|

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failing to render any professional service shown in the Schedule by or on behalf of the insured.

### SCHEDULE

**Description of Professional Services:**
WINE CONSULTING

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

INSURED COPY

# QUICK REFERENCE
# COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

Your Commercial Umbrella Liability Coverage Part in your policy consists of a Coverage Part Declarations, a Coverage Form (14-210), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principle provisions contained in each of the components making up the Coverage Part, listed in sequential order.

## COVERAGE PART DECLARATIONS

Named Insured and Mailing Address
Limits of Insurance
Self Insured Retention
Schedule of Underlying Insurance (14-148)
Premium
Forms and Endorsements applying to the policy at time of issue

## COVERAGE FORM (14-210)

SECTION I – COVERAGE
1.  Insuring Agreement – Bodily Injury, Property Damage, Personal Injury and Advertising Injury
2.  Defense and Expense of Claims and Suits
3.  Exclusions

SECTION II – WHO IS AN INSURED

SECTION III – LIMITS OF INSURANCE

SECTION IV – CONDITIONS
1.  Appeals
2.  Bankruptcy
3.  Duties In the Event of Occurrence, Offense, Claim or Suit
4.  Legal Action Against Us
5.  Other Insurance
6.  Premium Audit
7.  Representations
8.  Separation Of Insureds
9.  Transfer Of Rights Of Recovery Against Others To Us
10. When We Do Not Renew
11. Loss Payable
12. Insolvency of the Underlying Insurer
13. Maintenance of Underlying Insurance
14. Jurisdictions Outside The United States, Puerto Rico And Canada
15. Terms Conformed To Statute

SECTION V – DEFINITIONS

## COMMON POLICY CONDITIONS (IL 00 17)

A.  Cancellation
B.  Changes
C.  Examination Of Your Books And Records
D.  Inspections And Surveys
E.  Premiums
F.  Transfer Of Your Rights And Duties Under This Policy

## ENDORSEMENTS (If Any)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

1. The following are added to paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

   a. This insurance does not apply to:

   **Fungi Or Bacteria – Bodily Injury Or Property Damage**

   (1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   (2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of "fungi" or bacteria, by any insured or by any other person or entity.

   Exception

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

   b. This insurance does not apply to:

   **Fungi Or Bacteria – Personal And Advertising Injury**

   (1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   (2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

2. The following definition is added to **SECTION V – DEFINITIONS**:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**14-186 (02/04)**                                                                 **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2.**   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reasons for cancellation, at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

   **b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

   **(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

   **(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

   **(3)** We become insolvent; or

   **(4)** We involuntarily lose reinsurance for this policy.

   **c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**B.** Condition **10. When We Do Not Renew** under **SECTION IV – CONDITIONS** does not apply and is replaced by the following:

   **When We Do Not Renew**

   **1.** We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least sixty days prior to the effective date of the nonrenewal.

   **2.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** With respect to risks other than gasoline stations, gasoline distributors, or automobile repair or service stations, the following is added to exclusion **i. Pollution** of paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

   This exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**D.** With respect to gasoline station, gasoline distributor, or automobile repair or service station risks, the following is added to exclusion **i. Pollution** of paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

   This exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location, such as gasoline, fuels, lubricants and other operating fluids at a gasoline station.

**E. Missouri Guaranty Association**

   Missouri Property and Casualty Association Coverage Limitations

   **1.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**INSURED COPY**

**2.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**a.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the date the insurer becomes insolvent.

If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

**b.** Payments made by the Association for covered claims will include only that amount of each claim which is:

**(1)** In excess of $100; and

**(2)** Less than $300,000.

However, the Association will not:

**(a)** Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

**(b)** Return to an insured any unearned premium in excess of $10,000.

These limitations have no effect on the coverage we will provide under this policy.

**INSURED COPY**

07/05/2012        8926590        YN192339  1710                        PGDM060D  J27677        ACAOPPN    00000460  Page      32

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

07/05/2012     8926590     YN192339  1710     **INSURED COPY**     PGDM060D  J27677     ACAOPPN    00000461   Page    33

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

07/05/2012        8926590            YN192339  1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN    00000463   Page    35

# COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED**.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION V – DEFINITIONS**.

**SECTION I – COVERAGE**

**1.  Insuring Agreement**

  **a.**  We will pay on behalf of the insured those sums in excess of the "retained limit" that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. The amount we will pay is limited as described in **SECTION III – LIMITS OF INSURANCE**. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under paragraph **2. Defense And Expense Of Claims And Suits** under **SECTION I – COVERAGE**.

  **b.**  This insurance applies to:

  **(1)**  "Bodily injury" or "property damage" only if:

  **(a)**  The "bodily injury" or "property damage" occurs during the Policy Period; and

  **(b)**  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

  **(c)**  Prior to the Policy Period, no insured listed under paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such listed insured or authorized "employee" knew, prior to the Policy Period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the Policy Period will be deemed to have been known prior to the Policy Period.

  **(2)**  "Personal and advertising injury" caused by an "offense" arising out of your business but only if the "offense" was committed in the "coverage territory" during the Policy Period.

  **c.**  "Bodily injury" or "property damage" which occurs during the Policy Period and was not, prior to the Policy Period, known to have occurred by any insured listed under paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the Policy Period.

  **d.**  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)**  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)**  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)**  Becomes aware of any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  **e.**  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

07/05/2012        8926590        YN192339  1710                        PGDM060D  J27677        ACAOPPN    00000465    Page      37

**2. Defense And Expense Of Claims And Suits**

**a. Defense, Investigation And Settlement**

**(1)** We shall have the right and duty to defend the insured against any claim or "suit" seeking damages to which this insurance applies when:

**(a)** Such damages are not covered by "scheduled underlying insurance" or "other underlying insurance"; or

**(b)** The applicable limits of liability of the "scheduled underlying insurance" or "other underlying insurance" have been exhausted by payment of judgments or settlements.

However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply.

**(2)** When insurance is available to the insured under any "scheduled underlying insurance" or "other underlying insurance", we will have the right and opportunity, although not the obligation, to associate with the "underlying insurers" in the defense and control of any claim or "suit" which, in our opinion, may create liability under this Coverage Part.

**(3)** At our discretion, we may:

**(a)** Investigate any "occurrence", "offense" or claim; and

**(b)** Settle any claim or "suit" of which we assume charge of the settlement or defense.

**(4)** We will not be required to defend the insured against any existing or future claim or "suit" after the applicable Limit of Insurance shown in the Declarations has been exhausted by payment of judgments or settlements.

**(5)** When the duty to defend has been transferred to us as provided under provision **2.a.(1)(b)** of **SECTION I – COVERAGE**, we will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies that would have been covered by the "scheduled underlying insurance" or "other underlying insurance" had the applicable limit not been exhausted.

**b. Payment Of Expenses**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, of which we assume the charge of investigation, settlement or defense:

**(a)** All expenses we incur.

**(b)** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the applicable Limits of Insurance. We do not have to furnish these bonds.

**(c)** The cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**(e)** All costs taxed against the insured in the "suit".

**(f)** Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

**(g)** All interest that accrues on that part of any judgment within the Limit of Insurance after entry of the judgment and before we have paid, offered to pay, or deposited in court that part of any judgment that is within the applicable Limit of Insurance.

**(2)** With respect to any claim or "suit" to which this insurance applies and for which we do not assume charge of investigation, settlement or defense:

**(a)** We will pay expenses we incur.

**14-210 (02/04)**                Includes copyrighted material of Insurance Services Office, Inc., with its permission.                **Page 2 of 19**

07/05/2012        8926590        YN192339   1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN    00000466   Page        38

    **(b)** We will not pay or contribute to the expenses incurred by you or others, or included in any "scheduled underlying insurance" or "other underlying insurance".

Payments under this paragraph **2.b.** will not reduce the Limits of Insurance.

**c. Defense Of The Insured's Indemnitees**

If we assume the charge of defense of an insured against a "suit" in accordance with paragraph **2.a.** of **SECTION I – COVERAGE**, and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    **(1)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the idemnitee in a contract or agreement that is an "insured contract";

    **(2)** This insurance applies to such liability assumed by the insured;

    **(3)** The obligation to defend, or the cost to defend, that indemnitee, has also been assumed by the insured in the same "insured contract";

    **(4)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the indemnitee;

    **(5)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    **(6)** The indemnitee:

        **(a)** Agrees in writing to:

            **(i)** Cooperate with us in the investigation, settlement or defense of the "suit";

            **(ii)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

            **(iii)** Notify any other insurer whose coverage is available to the indemnitee; and

            **(iv)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

        **(b)** Provides us with written authorization to:

            **(i)** Obtain written records and other information related to the "suit"; and

            **(ii)** Conduct and control the defense of the indemnitee in such "suit"

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid subject to paragraph **2.b.** of **SECTION I – COVERAGE**. Notwithstanding the provisions of paragraph **3.b.(2)** of **SECTION I – COVERAGE**, such payments will not be deemed to be damages for "bodily injury" or "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorney's fees and necessary litigation expenses subject to paragraph **2.b.** of **SECTION I – COVERAGE** ends when we have used up the applicable limit of insurance in the payment of judgments, or settlements, or the conditions set forth above, or the terms of the agreement described in paragraph **(6)** above, are no longer met.

**3. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

Exception:

This exclusion **3.a.** does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

07/05/2012    8926590    YN192339  1710    **INSURED COPY**    PGDM060D  J27677    ACAOPPN    00000467  Page    39

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

Exception:

This exclusion **3.b.** does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequently to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage" provided:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exception:

This exclusion **3.c.** does not apply to the extent that valid "scheduled underlying insurance" is applicable to the "bodily injury" or "property damage" described above or would have been applicable to such injury or damage but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

    **(a)** Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

    **(b)** Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation or occupational disease law, disability benefits or unemployment compensation law, or any similar law;

**e. E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act of 1974 (E.R.I.S.A.) and any amendments thereto or any similar federal, state or local statute;

**f. Motor Vehicle Laws and Coverages**

Motor vehicle no-fault law, first party physical damage coverage, personal injury protection coverage, uninsured motorists or underinsured motorists law; or other laws or coverages similar to any of the foregoing.

**g. Injury To Co-"Employee" or Other "Volunteer Worker"**

Liability of your "employees" or "volunteer workers" with respect to "bodily injury" or "personal and advertising injury":

**(1)** To a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                                    **Page 4 of 19**

**INSURED COPY**

07/05/2012        8926590        YN192339   1710                    PGDM060D  J27677        ACAOPPN    00000468   Page        40

**(2)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of provision **(1)** above; or

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in provision **(1)** or **(2)** above.

Exception:

This exclusion **3.g.** does not apply to the extent that valid "scheduled underlying insurance" is applicable to the "bodily injury" or "personal and advertising injury" described above or would have been applicable to such injury but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

**(a)** Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

**(b)** Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

**h. Employment-Related Practices**

"Bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment;

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in paragraphs **(1)(a)**, **(1)(b)** or **(1)(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(2)** "Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"; or

**(3)** "Pollution cost or expense".

Exception:

Provisions **(1)** and **(3)** of this exclusion **3.i.** do not apply to the extent that valid "scheduled underlying insurance" is applicable to the "bodily injury", "property damage" or "pollution cost or expense" described above or would have been applicable to such injury, damage or expense but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

**(a)** Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

**(b)** Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**          **Page 5 of 19**

07/05/2012     8926590     YN192339   1710     **INSURED COPY**     PGDM060D  J27677     ACAOPPN    00000469   Page     41

**j.  Watercraft Liability**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft. Use includes operation and "loading or unloading". This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any watercraft that is owned or operated by or rented or loaned to any insured.

Exceptions:

This exclusion **3.j.** does not apply:

**(1)**  To watercraft while ashore on premises owned by, rented to, or controlled by you;

**(2)**  To watercraft you do not own that is:

    **(a)**  Less 51 feet long; and

    **(b)**  Not being used to carry persons or property for a charge;

**(3)**  To liability assumed under any "insured contract" for the ownership, maintenance or use of watercraft; or

**(4)**  To the extent that valid "scheduled underlying insurance" is applicable to the "bodily injury" or "property damage" described above or would have been applicable to such injury or damage but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

    **(a)**  Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

    **(b)**  Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

**k.  Aircraft Liability**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading". This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is owned or operated by or rented or loaned to any insured.

Exceptions:

This exclusion **3.k.** does not apply:

**(1)**  To liability assumed under an "insured contract" for the ownership, maintenance or use of aircraft; or

**(2)**  To the extent that valid "scheduled underlying insurance" is applicable to the "bodily injury" or "property damage" described above or would have been applicable to such injury or damage but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

    **(a)**  Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

    **(b)**  Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

**l.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product":

**(2)**  "Your work"; or

**(3)**  "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                                                          **Page 6 of 19**

07/05/2012      8926590          YN192339   1710      **INSURED COPY**      PGDM060D  J27677      ACAOPPN    00000470    Page      42

**m.  Racing Activities**

"Bodily injury" or "property damage" arising out of the use of any "mobile equipment" or "auto" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**n.  War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o.  Damage To Property**

"Property damage" to:

**(1)** Property:

    **(a)** You own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **(b)** Owned or transported by the insured and arising out of the "auto hazard";

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Exceptions:

**(a)** Provision **(2)** of this exclusion **3.o**. does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

**(b)** Provisions **(1)(b)**, **(3)**, **(4)**, **(5)**, and **(6)** of this exclusion **3.o.** do not apply to liability assumed under a sidetrack agreement.

**(c)** Provision **(5)** of this exclusion **3.o.** does not apply to "property damage" included in the "products-completed operations hazard".

**p.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**q.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Exception:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

07/05/2012        8926590        YN192339   1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN        00000471        Page        43

This exclusion **3.q.** does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor, but only to the extent that valid "scheduled underlying insurance" is applicable to such "property damage" or would have been applicable to such "property damage" but for the exhaustion of the limits of the "scheduled underlying insurance". The coverage provided:

**(1)** Will follow the provisions, exclusions and limitations of the "scheduled underlying insurance" unless otherwise directed by this insurance; and

**(2)** Will be subject to Condition **13. Maintenance of Scheduled Underlying Insurance**.

**r.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

Exception:

This exclusion **3.r.** does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**s.  Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the Policy Period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

**(10)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web-sites for others; or

**(c)** An Internet search, access, content or service provider.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control; or

**(12)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                                           **Page 8 of 19**

07/05/2012        8926590        YN192339  1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN    00000472    Page        44

Exceptions:

Provision **(5)** of this exclusion **3.s.** does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

Provision **(9)** of this exclusion **3.s.** does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

Provision **(10)** of this exclusion **3.s.** does not apply to provisions **17.a.**, **17.b.** or **17.c.** of the definition of "personal and advertising injury"

**t.  Asbestos**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

**u.  Lead**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the mining, processing, manufacture, storage, distribution, sale, installation, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of, exposure to, or contact with lead or lead contained in goods, products or materials; or

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead contained in goods, products or materials; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead or lead contained in goods, products or materials.

**v.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**SECTION II – WHO IS AN INSURED**

**1.** Except for liability arising out of the "auto hazard":

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

07/05/2012        8926590        YN192339  1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN        00000473    Page        45

**(2)** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(5)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**b.** Each of the following is also an insured:

**(1)** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no similar insurance available to that organization. However:

    **(a)** Coverage under this provision does not apply to:

        **(i)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

        **(ii)** "Personal and advertising injury" arising out of an "offense" committed before you acquired or formed the organization.

    **(b)** Coverage under this provision is afforded only until the 90th day after you acquired or formed the organization or the end of the Policy Period, whichever is earlier.

**(2)** Any person (other than your "employee" or "volunteer worker") or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die but only:

    **(a)** With respect to liability arising out of the maintenance or use of that property; and

    **(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**(5)** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(a)** "Bodily injury" or "personal and advertising injury" to you, to your partners or members (if you are a partnership or joint venture) or to your members (if you are a limited liability company);

    **(b)** "Bodily injury" or "personal and advertising injury" arising out of his or her providing or failing to provide professional health care services; or

    **(c)** "Property damage" to property

        **(i)** Owned, occupied or used by,

        **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are limited liability company).

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                                          **Page 10 of 19**

**INSURED COPY**

**2.** Only with respect to the "auto hazard":

    **a.** You are an insured;

    **b.** Anyone else while using with your permission an "auto" you own, hire or borrow is also an insured except:

        **(1)** The owner or anyone else from whom you hire or borrow an "auto". This exception does not apply if the "auto" is a trailer or semi-trailer connected to an "auto" you own.

        **(2)** Your "employee" if the "auto" is owned by that "employee" or a member of his or her household, unless coverage is provided by "scheduled underlying insurance" and then not for broader coverage than is afforded by that "scheduled underlying insurance".

        **(3)** Any person using an "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos", unless the business is yours.

        **(4)** Anyone other than your "employees", partners (if you are a partnership), or a member (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from an "auto".

        **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for an "auto" owned by him or her or a member or his or her household, unless coverage is provided by "scheduled underlying insurance" and then not for broader coverage than is afforded by that "scheduled underlying insurance".

    **c.** Any person or organization legally responsible for the actions of an insured but only to the extent of that responsibility. However, the owner or anyone else from whom you hire or borrow an "auto" is an insured only if coverage is provided by "scheduled underlying insurance", but not for broader coverage than is afforded by that "scheduled underlying insurance".

**3.** Any other person or organization who is an insured in the "scheduled underlying insurance" is an insured under this insurance. However, the coverage provided to such insureds by this insurance will not be broader than the coverage afforded by that "scheduled underlying insurance".

**4.** No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company which is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay under this Coverage Part for all damages except for damages because of:

    **a.** "Bodily injury" and "property damage" included in the "products-completed operations hazard", and

    **b.** "Bodily injury" and "property damage" arising out of the ownership or use of an "auto".

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under this Coverage Part for all damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard".

**4.** Subject to paragraphs **2.** and **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of all damages because of "bodily injury", "property damage" and "personal and advertising injury" arising out of any one "occurrence" or one "offense".

**5.** If the applicable aggregate limits of liability of the "scheduled underlying insurance" or "other underlying insurance" are reduced or exhausted by payments for damages because of "bodily injury" or "property damage" that occur, or "offenses" that are committed, during the Policy Period of this policy, the Limits of Insurance of this Coverage Part will apply in excess of such reduced or exhausted aggregate limits of liability.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                                     **Page 11 of 19**

**INSURED COPY**

07/05/2012        8926590        YN192339    1710                    PGDM060D  J27677        ACAOPPN    00000475    Page        47

6.  If the limits of liability of the "scheduled underlying insurance" or "other underlying insurance" are reduced or exhausted by payments for damages because of "bodily injury" or "property damage" that occurred, or "offenses" that were committed, prior to the Policy Period of this policy, the Limits of Insurance of this Coverage Part will apply as if such payments had not been made.

7.  The Limits of Insurance apply separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed to be part of the last preceding period for purposes of determining Limits of Insurance.

## SECTION IV – CONDITIONS

We have no duty to provide coverage under this insurance unless you and any other involved insured have fully complied with the Conditions contained in this Coverage Part.

1.  **Appeals**

    If the insured or any "underlying insurer" elects not to appeal a judgment which exceeds the "retained limit", we may elect to do so at our own expense. In such case, we will pay all costs, taxes, expenses incurred and interest on judgments incidental to such an appeal. We will also pay all costs on appeals related to the defense of the insured as provided in paragraph **2.b.** of **SECTION I – COVERAGE**. In no event shall this provision increase our liability beyond our applicable Limits of Insurance set forth in the Declarations and in **SECTION III – LIMITS OF INSURANCE**, plus the expenses incidental to the appeal.

2.  **Bankruptcy Or Insolvency Of The Insured**

    Bankruptcy or insolvency of the insured or the insured's estate shall not relieve us of any of our obligations under this policy. However, this insurance will not replace the "retained limit" in event of such bankruptcy, insolvency or declaration of impairment. This insurance will apply as if the "retained limit" were in full effect.

3.  **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a.  You must see to it that we are notified as soon as practicable of an "occurrence" or "offense" which may result in a claim under this Coverage Part. Notice should include:

        (1) How, when and where the "occurrence" or "offense" took place;

        (2) The insured's name and address;

        (3) The names and addresses of any injured person(s) and witnesses; and

        (4) The nature and location of any injury or damage arising out of the "occurrence" or "offense".

    b.  If a claim is made or "suit" is brought against any insured which may result in a claim against this insurance, you must:

        (1) Immediately record the specifics of the claim or "suit" and the date received; and

        (2) Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.  You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        (2) Authorize us to obtain records and other information;

        (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        (4) Assist us, upon our request, in the enforcement of any right against a person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

    e.  You must notify us immediately of the exhaustion of any aggregate limit of liability in any "scheduled underlying insurance" or "other underlying insurance" due to payment of judgments, settlements, costs or expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED COPY**

07/05/2012        8926590        YN192339  1710                    PGDM060D  J27677        ACAOPPN    00000476    Page        48

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

If there is any other valid and collectible insurance available to the insured (whether such insurance is stated to be primary, contributing, excess or contingent) that covers a loss that is also covered under this Coverage Part, the insurance provided by this Coverage Part is excess of, and shall not contribute with, such insurance.

We will pay only our share of the loss, if any, that exceeds the sum of:

**1.** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**2.** The total of all deductible and self insured amounts under this or any other insurance.

This condition **5**. does not apply to any insurance policy purchased specifically (and which is so specified in such insurance policy) to apply in excess of this Coverage Part.

**6. Premium Audit**

**a.** We will compute all premiums for this insurance in accordance with our rules and rates.

**b.** Premium shown on the Declarations as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for the audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured subject to the minimum premium.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**7. Representations**

By accepting this policy, you agree that:

**a.** The information shown in the Declarations is accurate and complete;

**b.** The information is based upon representations you made to us;

**c.** We evaluated the risk to be covered by this insurance, and then issued this policy, in reliance upon your representations; and

**d.** Except as otherwise provided in this policy or by law, this policy is void in any case of fraud by you or if you intentionally conceal or misrepresent any material facts concerning this policy or any claim under this policy.

**8. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**9. Transfer Of Rights Of Recovery Against Others To Us**

**a.** If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after the loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                 **Page 13 of 19**

07/05/2012        8926590        YN192339   1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN        00000477   Page        49

**b.** Any recoveries shall be applied in the following order:

    **(1)** First, to reimburse any interests (including the insured), that may have paid any amounts in excess of our Limit of Insurance;

    **(2)** Then, to reimburse us for all amounts paid under this Coverage Part;

    **(3)** Finally, to reimburse all other interests (including the insured) of which this insurance is excess and have claim to any amount remaining.

**c.** Expenses necessary to the recovery of any such amounts shall be apportioned between the interests (including the insured) concerned, in the ratio of their respective recoveries as finally settled.

**10. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date or such other period as may be required by law. If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

We shall be liable for payment under this Coverage Part only after the insured or "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay the "retained limit" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant and us.

**12. Insolvency Of Underlying Insurer**

Bankruptcy, insolvency or a declaration of impairment of the "underlying insurer", will not relieve us of our obligations under this Coverage Part. However, this insurance will not replace the "scheduled underlying insurance" or "other underlying insurance" in event of such bankruptcy, insolvency or declaration of impairment. This insurance will apply as if the "scheduled underlying insurance" or "other underlying insurance" were in full effect.

**13. Maintenance Of Scheduled Underlying Insurance**

You agree:

**a.** That the "scheduled underlying insurance" shall remain in effect during the Policy Period of this policy;

**b.** That the terms, conditions and endorsements of the "scheduled underlying insurance" will not materially change; and

**c.** That the limits of liability as warranted in the Schedule of Underlying Insurance will not change, except for their reduction or exhaustion due to payments for damages that would be covered by this Coverage Part.

Your failure to comply with paragraphs **a.**, **b.** or **c.** above shall not invalidate this policy. However, in the event of a loss, we will pay only to the extent that we would have paid had you maintained such "scheduled underlying insurance".

You must give us written notice as soon as practicable when one or more of the policies of "scheduled underlying insurance" are no longer in effect.

**14. Jurisdictions Outside The United States, Puerto Rico And Canada**

In any jurisdiction that is part of the "coverage territory", but outside the United States of America (including its territories and possessions), Puerto Rico or Canada:

**a.** If we are prevented by law or otherwise from investigating, settling or defending any claim or "suit":

    **(1)** You must arrange such investigation, defense or settlement.

    **(2)** You will not make any settlement without our consent.

    **(3)** We will reimburse you for incurred expenses described under paragraph **2.b.** of **SECTION I – COVERAGE** that we would have paid had we been able to exercise our right to investigate or settle claims, or our right and duty to defend the insured as provided under paragraph **2.a.** of **SECTION I – COVERAGE**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                                 **Page 14 of 19**

07/05/2012      8926590      YN192339   1710      **INSURED COPY**      PGDM060D  J27677      ACAOPPN   00000478   Page      50

**b.** If we are prevented by law or otherwise from paying on behalf of the insured those sums that the insured becomes legally obligated to pay as damages to which this insurance applies, we will reimburse the insured for such sums.

**c.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under paragraph **2.b.** of **SECTION I – COVERAGE** will be made in U.S currency at the prevailing exchange rate at the time the expenses were incurred.

**d.** Any disputes between you and us as to whether there is coverage under this Coverage Part must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

**e.** The insured must fully maintain any insurance required by law, regulation or other governmental authority during the Policy Period, except for the reduction of the aggregate limits due to payments of claims, judgments or settlements. Failure to maintain such insurance will not invalidate this insurance. However, this insurance will apply as if the required insurance by law, regulation or other governmental authority was in full effect.

**15. Terms Conformed To Statute**

The terms of this Coverage Part which are in conflict with the statutes of the state where the policy is issued are amended to conform to such statutes.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Auto hazard" means liability arising out of the ownership, maintenance, use or "loading or unloading" of any "auto".

**4.** "Bodily injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease. This does not include "consequential bodily injury".

**5.** "Consequential bodily injury" means "bodily injury" arising out of "personal and advertising injury".

**6.** "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**7.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**8.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**9.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

**INSURED COPY**

10. "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

    **g.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

    **(4)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of an "auto" over a route or territory that person or organization is authorized to serve by public authority.

11. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

12. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

13. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                                                 **Page 16 of 19**

**INSURED COPY**

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in paragraphs **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise and lower workers;

**f.** Vehicles not described in paragraphs **a.**, **b.**, **c.** or **d.** above, maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance but not construction or resurfacing;

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions, that results in "bodily injury" or "property damage"; or

**b.** With respect to "employees" of the Named Insured, an accident or disease that results in "bodily injury".

**15.** "Offense" means an offense included in the definition of "personal and advertising injury". All damages that arise from exposure to the same act, publication or infringement are considered one "offense".

**16.** "Other underlying insurance" means insurance that provides coverage for damages covered by this insurance, including any self-insurance or other funding mechanism intended to pay damages covered by this insurance. "Other underlying insurance" does not include "scheduled underlying insurance" or insurance purchased specifically to be excess of this Coverage Part.

**17.** "Personal and advertising injury" means injury, other than "bodily injury", arising out of one or more of the following "offenses":

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

"Personal and advertising injury" includes "consequential bodily injury".

**18.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-210 (02/04)**                              **Page 17 of 19**

07/05/2012    8926590      YN192339  1710    **INSURED COPY**    PGDM060D J27677    ACAOPPN   00000481  Page   53

19. "Pollution cost or expense" means any loss, cost or expense arising out of any:

    **a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

    **b.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

20. "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials;

21. "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

22. "Retained limit" means either:

    **a.** The total amount of "scheduled underlying insurance" or "other underlying insurance" applicable to the injury or damage whether such insurance is collectible or not; or

    **b.** The Self Insured Retention. This means the amount you will pay as shown in the Declarations for injury or damage covered by this Coverage Part and not covered by any "scheduled underlying insurance" or "other underlying insurance". The Self Insured Retention will apply separately to each "occurrence" or "offense" to which this insurance applies. The Self Insured Retention does not apply to injury or damage which would have been covered by "scheduled underlying insurance" or "other underlying insurance" but for the exhaustion of applicable limits.

    The insured will reimburse us promptly for any amount of judgments and settlements we pay on behalf of the insured that is within the Self Insured Retention.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

23. "Scheduled underlying insurance" means the policies of insurance designated in the Schedule of Underlying Insurance shown in the Declarations of this Coverage Part, including any renewals or replacements of such policies, which provide the underlying coverages stated in the Schedule of Underlying Insurance.

24. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

25. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

26. "Underlying insurer" means the provider of any "scheduled underlying insurance" or "other underlying insurance".

27. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

28. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

29. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

**14-210 (02/04)**                              **Page 19 of 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.** The following are added to paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

This insurance does not apply to:

**1.** "Bodily injury" or "property damage":

    **a.** With respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **b.** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

        **(1)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or

        **(2)** The insured is, or had this policy not been issued would be entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**2.** "Bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

    **a.** The "nuclear material":

        **(1)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

        **(2)** Has been discharged or dispersed therefrom;

    **b.** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

    **c.** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this subparagraph (c) applies only to "property damage" to such "nuclear facility" and any property thereat.

**B.** For the purposes of this endorsement only, the following are added to **SECTION V – DEFINITIONS**:

    **(1)** "Hazardous properties" include radioactive, toxic or explosive properties;

    **(2)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

    **(3)** "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

    **(4)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

    **(5)** "Waste" means any waste material:

        **(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and

        **(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

07/05/2012   8926590   YN192339  1710   **INSURED COPY**   PGDM060D  J27677   ACAOPPN   00000485  Page   57

**(6)** "Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(i)** Separating the isotopes of uranium or plutonium,

**(ii** Processing or utilizing "spent fuel", or

**(iii)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(7)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(8)** "Property Damage" includes all forms of radioactive contamination of property.

07/05/2012        8926590        YN192339  1710        **INSURED COPY**        PGDM060D  J27677        ACAOPPN    00000486    Page      58

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

The following is added to paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

This insurance does not apply to:

**Silica**

**(1)** "Bodily injury" arising, or allegedly arising, in whole or in part, from the inhalation, ingestion, absorption of or exposure to silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

**(2)** "Property damage" or "personal and advertising injury" arising, or allegedly arising, in whole or in part, from silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

**(3)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

    **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PROPERTY ENTRUSTED

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Operations:** |
| Security and Patrol Agencies |
| Warehouse – cold individual storage lockers |
| Warehouses – miniwarehouses |

With respect to the operations shown in the Schedule, the following is added to paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

This insurance does not apply to:

**Property Entrusted**

"Property damage" to property of others:

**(1)**  Entrusted to you for safekeeping; or

**(2)**  On premises owned by or rented to you.

**INSURED COPY**

07/05/2012        8926590        YN192339   1710                        PGDM060D  J27677        ACAOPPN    00000489   Page        61

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

The following is added to Paragraph **3. Exclusions** under **SECTION I – COVERAGE**:

**3. Exclusions**

This insurance does not apply to:

**Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**14-257 (05/09)** **Page 1 of 1**

The term Company, as used below, means the company that has issued the policy to which this witness statement is attached. The Company is identified on your Declarations in the area titled "Coverage is provided in".

**IN WITNESS WHEREOF**, the Company has caused this policy to be executed and attested on its behalf by its President and Secretary at Boston, Massachusetts, and countersigned on the Declarations by a duly authorized representative of that Company. In a state where a countersignature is not required, no policy shall be deemed invalid due to the absence of a countersignature.

*President*                                    *Secretary*

**WS (01/06)**