**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY and HAWKEYE-SECURITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS, LLC, DOMAINE NEW YORK, LLC, MARC LAZAR, and GREAT NORTHERN INSURANCE COMPANY, <br><br> Defendants. | Case No. |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Plaintiff Netherlands Insurance Company discloses the following organizational interests:

1. Its parent companies or corporations (if none, state "none"): Peerless Insurance Company owns 100% of the stock of The Netherlands Insurance Company. Liberty Mutual Agency Corporation owns 100% of the stock of Peerless Insurance Company. Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation. Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company. LMHC Massachusetts Holdings Inc. owns 100% of

the stock of Liberty Mutual Group Inc. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"): None.

3. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

        BAKER STERCHI COWDEN & RICE, L.L.C.

        /s/ Angela M. Higgins
        Angela M. Higgins    52159MO
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        Telephone: (816) 471-2121
        Facsimile: (816) 472-0288
        higgins@bscr-law.com

        and

        Martha Charepoo, MO #55641
        BAKER STERCHI COWDEN & RICE, L.L.C.
        1010 Market Street, Suite 950
        St. Louis, Missouri 63101
        T: (314) 231-2925
        F: (314) 231-4857
        mcharepoo@bscr-law.com

        ATTORNEYS FOR PLAINTIFFS