**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY and HAWKEYE-SECURITY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.<br>)<br>) |
| v. | )<br>) |
| CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS, LLC, DOMAINE NEW YORK, LLC, MARC LAZAR, and GREAT NORTHERN INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Plaintiff Hawkeye-Security Insurance Company discloses the following organizational interests:

1. Its parent companies or corporations (if none, state "none"): Peerless Insurance Company owns 100% of the stock of Hawkeye-Security Insurance Company. Liberty Mutual Agency Corporation owns 100% of the stock of Peerless Insurance Company. Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation. Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company. LMHC Massachusetts Holdings Inc. owns 100% of

the stock of Liberty Mutual Group Inc. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"): None.

3. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

>BAKER STERCHI COWDEN & RICE, L.L.C.
>
> /s/ Angela M. Higgins
>Angela M. Higgins          52159MO
>2400 Pershing Road, Suite 500
>Kansas City, MO  64108
>Telephone: (816) 471-2121
>Facsimile: (816) 472-0288
>higgins@bscr-law.com
>
>and
>
>Martha Charepoo, MO #55641
>BAKER STERCHI COWDEN & RICE, L.L.C.
>1010 Market Street, Suite 950
>St. Louis, Missouri 63101
>T:  (314) 231-2925
>F:  (314) 231-4857
>mcharepoo@bscr-law.com
>
>ATTORNEYS FOR PLAINTIFFS