**St. Louis Investigations & Process Service**
**P.O. Box 31321**
**St. Louis, Mo. 63131**
**314-966-2850**
Fax: 314-822-1834

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, John J. Hefele, being duly sworn, upon my oath, state that I have served and true copy of the attached:

_____ Subpoena

\_\_\_\_\_✔ Summons with Petition  *Case # 4:17cv2585 PLC*

\_\_\_\_\_ _____

_____

By delivering on the *20* October 2017 to: *Cellar Advisors, LLC et al c/o registered Agent David Goerisch* at *600 Washington Ave  St. Louis, Mo. 63102* at *2:25* AM/PM.

By leaving on the \_\_\_\_day of October, 2017 for each of the following defendants:

_____

At_____AM/PM a copy of the Summons and Petition at the respective dwelling

place or abode of said person(s) with _____, family member

over the age of 15 at _____  by _____

Check amount: _____

All done in *St. Louis* _____ (City) County Missouri/ Illinois

_____
John J. Hefele

*Subscribed and sworn before me this 20 October, 2017*

_____
**Robyn A. Hendricks**
**Notary**

ROBYN ANN HENDRICKS
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 14957717
My Commission Expires Nov 24, 2018

**St. Louis Investigations & Process Service**
**P.O. Box 31321**
**St. Louis, Mo. 63131**
**314-966-2850**
Fax: 314-822-1834

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, John J. Hefele, being duly sworn, upon my oath, state that I have served and true copy of the attached:

_____ Subpoena
___✓___ Summons with Petition *Case # 4:17cv2585 PLC*
_____ _____

_____

By delivering on the _Zo_ October 2017 to: *Domaine St. Louis, LLC c/o David Goerisch, registered agent* at *Loo Washington Ave.* *St. Louis, MO 63102* at *2:25* AM/PM.

By leaving on the ____day of October, 2017 for each of the following defendants:

_____

At_____AM/PM a copy of the Summons and Petition at the respective dwelling

place or abode of said person(s) with _____, family member

over the age of 15 at _____ by _____

Check amount: _____

All done in *St. Louis* City/County Missouri/Illinois

*John J. Hefele*
**John J. Hefele**

*Subscribed and sworn before me this Zo October, 2017*

*Robyn Ann Hendricks*

**Robyn A. Hendricks**
**Notary**

ROBYN ANN HENDRICKS
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 14957717
My Commission Expires Nov 24, 2018