**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NETHERLANDS INSURANCE COMPANY, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.  4:17-cv-2585 PLC |
| | ) |
| **CELLAR ADVISORS, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Great Northern Insurance Company's uncontested motion for an extension of time to file a responsive pleading [Doc. 21]. Defendant requests until December 15, 2017 to file its responsive pleadings and states Plaintiffs' counsel consents.

After careful consideration,

**IT IS HEREBY ORDERED** that Defendant Great Northern Insurance Company's uncontested motion for an extension of time to file a responsive pleading [Doc. 21] is **GRANTED**.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of November, 2017