**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY, et al., ) ) ) Plaintiffs, ) ) vs. ) ) CELLAR ADVISORS, LLC, et al., ) ) Defendants. ) | Case No.  4:17-cv-2585 PLC |

## ORDER

This matter is before the Court on a motion for extension of time to file a responsive pleading [Doc. 32] filed by Defendants Cellar Advisors, LLC, Domaine St. Louis, LLC, Domaine New York, LLC and Marc Lazar. Defendants request until December 20, 2017 to file its responsive pleadings and states Plaintiffs' counsel consents.

After careful consideration,

**IT IS HEREBY ORDERED** that Defendants' unopposed motion for extension of time to file a responsive pleading [Doc. 32] is **GRANTED**.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of December, 2017