# EXHIBIT A

Case #2016-15600

| | |
|---|---|
| Case Number | 2016-15600 |
| Commencement Date | 8/3/2016 |
| Case Type | Summons Civil Action |
| PFA Number | |
| Caption Plaintiff | GREAT NORTHERN INSURANCE COMPANY |
| Caption Defendant | CELLAR ADVISORS LLC |
| Lis Pendens Indicator | No |
| Status | 3 - OPEN |
| Judge | PAGE |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

# Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY | 15 MOUNTAIN VIEW ROAD WARREN, NJ 07059 UNITED STATES | UNITED STATES | BARTOLACCI, PAUL R<br>O'DONNELL, MICHAEL | Yes | 1 |

# Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| CELLAR ADVISORS LLC | 3300 SAMUEL SHEPARD DRIVE ST LOUIS, MO 63103 UNITED STATES | UNITED STATES | KESSLER, ANDREW S | Yes | 1 |
| CELLAR LLC | 3300 SAMUEL SHEPARD DRIVE ST LOUIS, MO 63103 UNITED STATES | UNITED STATES | KESSLER, ANDREW S | Yes | 2 |
| DOMAINE NEW YORK LLC | 88 CARTER DRIVE EDISON, NJ 08817 UNITED STATES | UNITED STATES | KESSLER, ANDREW S | Yes | 3 |
| DOMAINE SAINT LOUIS LLC | 3300 SAMUEL SHEPARD DRIVE ST LOUIS, MO 63103 UNITED STATES | UNITED STATES | KESSLER, ANDREW S | Yes | 4 |
| LAZAR, MARC | 4632 PERSHING PLACE ST LOUIS, MO 63108 UNITED STATES | UNITED STATES | KESSLER, ANDREW S | Yes | 5 |

# Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 8/3/2016 | Summons Civil Action | | No | 10897555 |
| 1 | E | 8/16/2016 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 08/05/2016 TO CELLAR ADVISORS, LLC | No | 10918731 |
| 2 | E | 8/16/2016 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 08/05/2016 TO DOMAINE SAINT LOUIS, LLC | No | 10918749 |
| 3 | E | 8/16/2016 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 08/05/2016 TO DOMAINE NEW YORK, LLC | No | 10918751 |
| 4 | E | 8/16/2016 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 08/08/2016 TO MARC LAZAR | No | 10918764 |
| 5 | E | 12/2/2016 | Complaint In | | No | 11067371 |
| 6 | E | 12/8/2016 | Affidavit/Certificate of Service of | COMPLAINT ON 12/07/2016 TO MARC LAZAR | No | 11074534 |
| 7 | E | 12/8/2016 | Affidavit/Certificate of Service of | COMPLAINT ON 12/06/2016 TO CELLAR ADVISORS LLC | No | 11074538 |
| 8 | E | 12/8/2016 | Affidavit/Certificate of Service of | COMPLAINT ON 12/06/2016 TO DOMAINE SAINT LOUIS LLC | No | 11074553 |
| 9 | E | 12/8/2016 | Affidavit/Certificate of Service of | COMPLAINT ON 12/06/2016 TO DOMAINE NEW YORK LLC | No | 11074556 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | E | 1/25/2017 | Entry of Appearance | OF ANDREW S. KESSLER, ESQUIRE AND T. JUSTIN CHAPMAN, ESQUIRE FOR CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS, LLC F/K/A CELLAR, LLC, MARC LAZAR AND DOMAINE NEW YORK, LLC | No | 11137117 |
| 11 | E | 1/25/2017 | Demand for Jury Trial by | CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR | No | 11137256 |
| 12 | E | 1/25/2017 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL ON 01/25/2017 TO PAUL R. BARTOLACCI, ESQUIRE AND MICHAEL O'DONNELL, ESQUIRE | No | 11137258 |
| 13 | E | 1/26/2017 | Preliminary Objections of | CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR WITH BRIEF WITH SERVICE ON 01/26/2017 | No | 11139223 |
| 14 | E | 1/27/2017 | Praec to Attach | PROPOSED ORDERS TO DEFENDANTS' PRELIMINARY OBJECTIONS TO PLAINTIFF'S COMPLAINT | No | 11139505 |
| 15 | E | 1/27/2017 | Affidavit/Certificate of Service of | PRAECIPE TO ATTACH PROPOSED ORDERS TO DEFENDANTS' PRELIMINARY OBJECTIONS TO PLAINTIFF'S COMPLAINT ON 01/27/2017 TO PAUL R. BARTOLACCI, ESQ. AND MICHAEL O'DONNELL, ESQ. | No | 11139527 |
| 16 | E | 2/15/2017 | Reply | BY GREAT NORTHERN INSURANCE COMPANY TO DEFENDANTS' PRELIMINARY OBJECTIONS WITH MEMORANDUM OF LAW WITH SERVICE ON 2/15/2017 | No | 11164780 |
| 17 | E | 2/21/2017 | Reply | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR TO DEFS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO PRELIMINARY OBJECTIONS TO PLAINTIFF'S COMPLAINT WITH SERVICE ON 02/21/2017 | No | 11169704 |
| 18 | E | 3/24/2017 | Motion | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR FOR PROTECTIVE ORDER WITH MEMORANDUM OF LAW WITH SERVICE ON 03/24/2017 | No | 11213186 |
| 19 | | 3/28/2017 | Rule | DATE ON MAY 1, 2017 KEHS CA | No | 11216339 |
| 20 | E | 3/30/2017 | Entry of Appearance | OF MICHAEL D. O'DONNELL FOR PLAINTIFF | No | 11221439 |
| 21 | E | 3/30/2017 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE FOR PLAINTIFF ON 03/30/2017 TO ANDREW S. KESSLER | No | 11221497 |
| 22 | E | 4/28/2017 | Answer/Response | BY GREAT NORTHERN INSURANCE COMPANY TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER WITH MEMORANDUM OF LAW WITH SERVICE ON 04/28/2017 | No | 11260342 |
| 23 | E | 5/3/2017 | Reply | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFS' MOTION FOR PROTECTIVE ORDER WITH SERVICE ON 05/03/2017 | No | 11266234 |
| 24 | E | 5/12/2017 | Praec for Argument | MATTER IS APPEALABLE - ARGUMENT ON PENDING PRELIMINARY OBJECTIONS | No | 11279595 |
| 25 | E | 5/12/2017 | Affidavit/Certificate of Service of | PRAECIPE FOR ORAL ARGUMENT ON 05/12/2017 TO PAUL R. BARTOLACCI, ESQ. AND MICHAEL O'DONNELL, ESQ. | No | 11279598 |
| 26 | | 5/16/2017 | Order | OF 5/16/17 CARLUCCIO, J DEFENDANTS MOTION FOR PROTECTIVE ORDER IS GRANTED CC THIS DOCUMENT WAS DOCKETED AND SENT ON 05/16/2017 | No | 11283775 |
| 27 | E | 6/19/2017 | Order | O 6/19/2017 DRAYER,SJ PO DENIED THIS DOCUMENT WAS DOCKETED AND SENT ON 06/19/2017 | No | 11329947 |
| 28 | E | 7/19/2017 | Motion | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED 6-19-17 OR IN THE ALTERNATIVE TO AMEND THE ORDER TO PERMIT AN APPEAL PURSUANT TO PARAP 311 WITH BRIEF WITH SERVICE ON 07/19/2017 | No | 11369995 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | E | 8/9/2017 | Answer/Response | BY PLAINTIFF GREAT NORTHERN INSURANCE COMPANY TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED 6/19/17 WITH MEMORANDUM OF LAW WITH SERVICE ON 08/09/2017 | No | 11396734 |
| 30 | E | 8/9/2017 | Motion | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR MOTION FOR PROTECTIVE ORDER OF DEFENDANTS WITH MEMORANDUM OF LAW WITH SERVICE ON 08/09/2017 | No | 11397731 |
| 31 | | 8/9/2017 | Rule | DATE ON SEPTEMBER 18, 2017 KEHS CA | No | 11397930 |
| 32 | E | 8/11/2017 | Affidavit/Certification of Service w/Rule Returnable | OF RULE TO SHOW CAUSE RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER ON 08/11/2017 TO PAUL R. BARTOLACCI, ESQ. AND MICHAEL O'DONNELL, ESQ. | No | 11400913 |
| 33 | E | 8/16/2017 | Motion | BY CELLAR ADVISORS LLC; CELLAR LLC; DOMAINE NEW YORK LLC; DOMAINE SAINT LOUIS LLC; MARC LAZAR MOTION TO EXTEND TIME TO ANSWER COMPLAINT OF DEFENDANTS' CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS,LLC F/K/A CELLAR, LLC MARK LAZAR & DOMAINE OF NEW YORK, LLC WITH MEMORANDUM OF LAW WITH SERVICE ON 08/16/2017 | No | 11406033 |
| 34 | | 8/17/2017 | Rule | DATE ON SEPTEMBER 25, 2017 KEHS CA | No | 11408060 |
| 35 | E | 8/17/2017 | Affidavit/Certification of Service w/Rule Returnable | OF RULE TO SHOW CAUSE RE DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT ON 08/17/2017 TO PAUL R. BARTOLACCI, ESQ. AND MICHAEL O'DONNELL, ESQ. | No | 11408781 |
| 36 | E | 9/8/2017 | Answer/Response | BY PLAINTIFF GREAT NORTHERN INSURANCE COMPANY TO MOTION FOR PROTECTIVE ORDER WITH MEMORANDUM OF LAW WITH SERVICE ON 09/08/2017 | No | 11435522 |
| 37 | E | 9/8/2017 | Answer/Response | BY PLAINTIFF GREAT NORTHERN INSURANCE COMPANY TO DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER COMPLAINT WITH MEMORANDUM OF LAW WITH SERVICE ON 09/08/2017 | No | 11435598 |
| 38 | E | 9/11/2017 | Praec for Argument | MATTER IS APPEALABLE - ARGUMENT ON MOTION FOR RECONSIDERATION | No | 11437589 |
| 39 | E | 9/11/2017 | Affidavit/Certificate of Service of | ARGUMENT PRAECIPE ON 09/11/2017 TO PAUL R. BARTOLACCI, ESQ. AND MICHAEL O'DONNELL, ESQ. | No | 11437635 |
| 40 | | 9/20/2017 | Order | OF 9/18/17 DRAYER, SJ ORDER OVERRULING PRELIMINARY OBJECTIONS OF DEFENDANTS IS VACATED ARGUMENT IS SCHEDULED FOR 9/28/17 THIS DOCUMENT WAS DOCKETED AND SENT ON 09/20/2017 | No | 11451789 |
| 41 | | 10/2/2017 | Order | OF 9/28/17 DRAYER, SJ PRELIMINARY OBJECTIONS RAISING LACK OF PERSONAL JURISDICTION ARE AGAIN OVERRULED WITHIN 30 DAYS DEFENDANTS SHALL EITHER PETITION SUPERIOR COURT FOR PERMISSION TO APPEAL THIS INTERLOCTORY OR FILE ANSWER TO PLAINTIFF COMPLAINT THIS DOCUMENT WAS DOCKETED AND SENT ON 10/02/2017 | No | 11466665 |
| 42 | | 10/20/2017 | Order | OF 10/20/17 CARLUCCIO, J DEFENDANTS MOTION TO EXTEND TIME TO ANSWER COMPLAINT IS DENIED AS MOOT DUE TO JUDGE DRAYER ORDER OF 9/28/17 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 10/20/2017 | No | 11493204 |
| 43 | | 12/11/2017 | Appellate Court Notice | 124 EDA 2017 PETITION FOR PERMISSION TO APPEAL IS DENIED | No | 11559365 |