# **EXHIBIT B**

Case# 2016-15600-27 Docketed at Montgomery County Prothonotary on 06/19/2017 2:54 PM, Fee = $0.00

## IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Great Northern Insurance Company as subrogee of Reid and Krista Buerger | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | No.: 2016-15600 |
| Cellar Advisors, LLC, et al | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of June, 2017, upon consideration of the Preliminary Objections of Defendants, Cellar Advisors, LLC, Domaine Saint Louis, LLC, Marc Lazar, and Domaine New York, LLC, to Plaintiff's Complaint, and Plaintiff's Opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Preliminary Objections are **DENIED**.

_____ J.

This order was e-filed on June 19, 2017

_____
Judicial Assistant

LEGAL\29400720\1