# EXHIBIT C

Court of Common Pleas of Montgomery County--Civil Action

Great Northern Insurance Co., etc., Plaintiff : No. 16-15600

v.

Cellar Advisors, LLC, et al., Defendants

2016-15600-0041  10/2/2017 8:50 AM  # 11466665
Order
Rcpt#Z3234639  Fee:$0.00
Mark Levy - MontCo Prothonotary

### ORDER

Upon reconsidering Defendants' preliminary objections to Plaintiff's complaint, previously denied by this Court, but rescheduled for oral argument on the sole issue of whether this Court could exercise personal jurisdiction over Defendants in this action in light of the United States Supreme Court's decision in *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773 (2017), rendered the same day as our order overruling the preliminary objections, and having now heard the parties' oral arguments taking into account the *Bristol-Myers Squibb* case, the Court hereby orders and finds as follows: The preliminary objections raising lack of personal jurisdiction are again *overruled*. However, the Court finds, pursuant to 42 Pa.C.S. § 702(b), "that [this] order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the matter." Within *thirty days* after entry of this order, Defendants shall either petition the Superior Court of Pennsylvania for permission to appeal this interlocutory order under Pa.R.A.P. 1311(b), or file an answer to Plaintiff's complaint.

BY THE COURT:

Date: Sept. 28, 2017

_____, S.J.

THIS DOCUMENT WAS DOCKETED AND SENT ON 10/02/2017