# EXHIBIT E

Filed 12/06/2017

| | |
|---|---|
| CELLAR ADVISORS, LLC, et al. : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. : | |
| GREAT NORTHERN INSURANCE CO., et al. : | No. 124 EDM 2017 (C.P. MONTGOMERY COUNTY 2016-15600) |

ORDER

The Court hereby **DENIES** the petition for permission to appeal.

PER CURIAM



