## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

NETHERLANDS INSURANCE COMPANY AND HAWKEYE- )
SECURITY INSURANCE COMPANY                 )
                                           )
    Plaintiff(s),                         )
                                           )
vs.                                        )   Case No. 4:17-CV2585-PLC
                                           )
CELLAR ADVISORS, LLC, et al.               )
                                           )
                                           )
    Defendant(s).                          )

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Cellar Advisors, LLC   hereby discloses the following organizational interests:

1.    If the subject organization is a corporation,

    a.    Its parent companies or corporations (if none, state "none"):

    b.    Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c.    Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.    If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:   Domaine Management LLC is the sole Member. Domaine Management LLC is a citizen of Missouri, California, Arizona, New York, Washington, D.C., Illinois, and Connecticut.

/s/ Lori R. Koch
Signature (Counsel for Plaintiff/Defendant)
Print Name: Lori R. Koch
Address: 7701 Clayton Road
City/State/Zip: St. Louis, MO 63117
Phone: (314)721-7171

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
February 23        , 20 2018       .

/s/ Lori R. Koch
Signature