## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

NETHERLANDS INSURANCE COMPANY AND HAWKEYE-  )
SECURITY INSURANCE COMPANY                  )
                                            )
     Plaintiff(s),                          )
                                            )
vs.                                         )   Case No. 4:17-CV2585-PLC
                                            )
CELLAR ADVISORS, LLC, et al.                )
                                            )
                                            )
     Defendant(s).                          )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Domaine New York, LLC</u> hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:   Domaine Management LLC is the sole Member. Domaine Management LLC is a citizen of Missouri, California, Arizona, New York, Washington, D.C., Illinois, and Connecticut.

/s/ Lori R. Koch
Signature (Counsel for Plaintiff/Defendant)
Print Name: Lori R. Koch
Address: 7701 Clayton Road
City/State/Zip: St. Louis, MO 63117
Phone: (314) 721-7171

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
February 23, 20 2018.

/s/ Lori R. Koch
Signature