IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NETHERLANDS INSURANCE COMPANY, et al | ) ) ) | No.: 4:17-cv-02585-PLC |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| CELLAR ADVISORS, LLC, et al., | ) ) ) | |
| Defendants | ) | |

**<u>DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE</u>**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for defendant, Great Northern Insurance Company hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a) Its parent companies or corporations (if none, state "none"):

    Great Northern is a wholly owned subsidiary of Federal Insurance Company. Federal Insurance Company is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (symbol CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

    b) Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    None.

    c) Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Not applicable

By: /s/ Paul R. Bartolacci
Paul R. Bartolacci (*Pro Hac Vice*)
Michael D. O'Donnell (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market St., Suite 2800
Philadelphia, PA 19103
(215) 665-2000
pbartolacci@cozen.com
mdodonnell@cozen.com

Marisa L. Saber (60360MO)
COZEN O'CONNOR
123 N. Wacker Dr.
Suite 1800
Chicago, IL 60606
(312) 382-3183
msaber@cozen.com

*Attorneys for Great Northern Ins. Co.*

## **CERTIFICATE OF SERVICE**

I, Paul R. Bartolacci, hereby certify that on this 27th day of February, 2018, I served the foregoing Disclosure of Organizational Interests Certificate, via this Court's electronic filing system on all attorneys of record.

/s/ Paul R. Bartolacci