**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY and HAWKEYE-SECURITY INSURANCE COMPANY, | ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | )   Case No.  4:17-cv-2585 PLC ) |
| CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS, LLC, DOMAINE NEW YORK, LLC, and MARK LAZAR, | ) ) ) ) |
| Defendants/Counterclaimants/ Crossclaim Defendants, | ) ) ) |
| and | ) ) |
| GREAT NORTHERN INSURANCE COMPANY, | ) ) ) |
| Defendant/Crossclaimant. | ) |
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Case No.  4:18-cv-00112 PLC ) |
| CELLAR ADVISORS, LLC, | ) ) |
| Defendant. | ) |

**PLAINTIFF THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE
COMPANY'S DISCLOSURE OF CORPORATE INTERESTS CERTIFICATE**

Pursuant to the Court's Order of April 26, 2018, and pursuant to Rule 2.09 of the Local Rules of Civil Procedure, Counsel of Record for Plaintiff, The Cincinnati Specialty Underwriters Insurance Company hereby gives notice and discloses the following corporate interests and citizenship information:

1

1. The parent companies of the corporation:

   **Cincinnati Financial Corporation.**

2. Subsidiaries not wholly owned by the corporation:

   **None.**

3. Any publicly held company that owns ten (10%) or more of the corporation:

   **None.**

4. States where incorporated:

   **Ohio.**

5. State of Principle Place of Business:

   **Ohio.**

          Respectfully submitted,

          BROWN & JAMES, P.C.


          /s/ David P. Bub
          David P. Bub, #MO44554
          800 Market Street, Suite 1100
          St. Louis, Missouri 63101
          314-421-3400
          314-421-3128 – Fax
          dbub@bjpc.com
          *Attorneys for Cincinnati Specialty Underwriters*
          *Insurance Company*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed with the clerk of the court by using the CM/ECF eFiling System and that the foregoing was served through the eFiling system, this 4th day of May, 2018, to:

| | |
|---|---|
| Angela M. Higgins<br>Baker and Sterchi, LLC<br>2400 Pershing Rd.<br>Suite 500<br>Kansas City, MO 64108-2533<br>higgins@bscr-law.com<br><br>Martha Charepoo<br>Baker and Sterchi, LLC<br>1010 Market Street<br>Suite 950<br>St. Louis, MO 63101<br>mcharepoo@bscr-law.com<br><br>*Attorneys for Netherlands Insurance Company and Hawkeye-Security Insurance Company* | Andrew S. Kessler<br>Litchfield Cavo, LLP<br>1515 Market St.<br>Suite 1220<br>Philadelphia, PA 19102<br>kessler@litchfieldcavo.com<br><br>Brian K. McBrearty<br>Litchfield Cavo LLP<br>222 South Central Avenue<br>Suite 200<br>St. Louis, MO 63105<br>mcbreartyb@litchfieldcavo.com<br><br>Don R. Sherman<br>Lori R. Koch<br>Goffstein and Raskas<br>7701 Clayton Road<br>St. Louis, MO 63117<br>dsherman@grlawstl.com<br>lkoch@grlawstl.com<br>*Attorneys for Cellar Advisors, LLC, Domaine Saint Louis, LLC, Domaine New York, LLC and Marc Lazar* |
| Marisa L. Saber<br>Cozen O'Connor<br>123 W. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br>msaber@cozen.com<br><br>Paul Robert Bartolacci<br>Michael Dillon O'Donnell<br>Cozen O'Connor<br>1650 Market Street<br>Suite 2800<br>Philadelphia, PA 19103<br>pbartolacci@cozen.com<br>mdodonnell@cozen.com<br><br>*Attorneys for Great Northern Insurance Company* | /s/ David P. Bub |

3

Case: 4:17-cv-02585-PLC   Doc. #: 61   Filed: 05/04/18   Page: 4 of 4 PageID #: 652

4