IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY<br>and<br>HAWKEYE SECURITY INSURANCE<br>COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>CELLAR ADVISORS, LLC,<br>DOMAINE SAINT LOUIS, LLC,<br>DOMAINE NEW YORK, LLC,<br>MARC LAZAR and<br>GREAT NORTHERN INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 4:17-CV-02585-PLC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CELLAR ADVISORS, LLC'S DISCLOSURE**
**PURSUANT THE COURT'S APRIL 26, 2018 ORDER**

Pursuant to the Court's Order dates April 26, 2008, Defendant, Cellar Advisors, LLC makes the following disclosures:

The sole member of Cellar Advisors, LLC is Domain Management, LLC a citizen of Missouri (3300 Samuel Shepard Drive, St. Louis, MO 63103).

                Respectfully submitted,

                Litchfield Cavo LLP

        By:   /s/ Brian K. McBrearty
                Brian K. McBrearty, Esquire
                222 South Central Avenue, Suite 200
                St. Louis, MO 63105
                (314) 725-1227

McBreaty@litchfieldcavo.com


/s/ Andrew S. Kessler
Andrew S. Kessler, Esquire
1515 Market Street, Suite 1220
Philadelphia, PA 19102
*Admitted Pro Hac Vice*

Attorneys for Defendants,
Cellar Advisors, LLC,
Domaine Saint Louis, LLC,
Domaine New York, LLC and
Marc Lazar

Date: