IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY and HAWKEYE SECURITY INSURANCE COMPANY,<br><br>             Plaintiffs,<br><br>v.<br><br>CELLAR ADVISORS, LLC,<br>DOMAINE SAINT LOUIS, LLC,<br>DOMAINE NEW YORK, LLC,<br>MARC LAZAR and<br>GREAT NORTHERN INSURANCE COMPANY,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 4:17-CV-02585-PLC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CELLAR ADVISORS, LLC'S AMENDED DISCLOSURE**
**PURSUANT THE COURT'S APRIL 26, 2018 ORDER**

Pursuant to the Court's Order dates April 26, 2008, Defendant, Cellar Advisors, LLC makes the following disclosures:

The sole member of Cellar Advisors, LLC is Domain Management, LLC a citizen of Missouri, California, Arizona, New Your, Washington, D.C., Illinois and Connecticut.


                                                        Respectfully submitted,

                                                        Litchfield Cavo LLP

                                            By:     /s/ Brian K. McBrearty
                                                        Brian K. McBrearty, Esquire
                                                        222 South Central Avenue, Suite 200
                                                        St. Louis, MO  63105
                                                        (314) 725-1227
                                                        McBreartyb@litchfieldcavo.com

2

/s/ Andrew S. Kessler
Andrew S. Kessler, Esquire
1515 Market Street, Suite 1220
Philadelphia, PA  19102
*Admitted Pro Hac Vice*

Attorneys for Defendants,
Cellar Advisors, LLC,
Domaine Saint Louis, LLC,
Domaine New York, LLC and
Marc Lazar

Date:  May 8, 2018