IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY and HAWKEYE-SECURITY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>CELLAR ADVISORS, LLC, ET AL<br><br>      Defendants. | Cause No. 4:17-CV-02585-PLC |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| THE CINCINNATI SPECIALTY INSURANCE COMPANY<br><br>      Plaintiff,<br><br>v.<br><br>CELLAR ADVISORS, LLC,<br><br>      Defendant. | Cause No. 4:18-CV-00112-JCH |

**STIPULATION OF DISMISSAL OF DEFENDANTS CELLAR ADVISORS, LLC; DOMAINE SAINT LOUIS, LLC; DOMAINE NEW YORK, LLC; AND MARC LAZAR'S COUNTERCLAIM**

Come now defendants Cellar Advisors, LLC; Domaine Saint Louis, LLC; Domaine New York, LLC; and Marc Lazar and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their Counterclaim against The Netherlands Insurance Company and Hawkeye-Security Insurance Company without prejudice.

Respectfully submitted,

GOFFSTEIN, RASKAS, POMERANTZ,
KRAUS & SHERMAN, L.L.C.

BY: /s/ Don R. Sherman_____
    DON R. SHERMAN, #22006MO
    LORI R. KOCH, #32879MO
    Attorneys for Defendants, Cellar Advisors,
    LLC; Domaine Saint Louis, LLC;
    Domaine New York, LLC; and Marc Lazar
    7701 Clayton Road
    St. Louis, MO 63117
    (314) 721-7171
    (314)721-7765 fax
    dsherman@grlawstl.com
    lkoch@grlawstl.com

LITCHFIELD CAVO LLP

BRIAN K. MCBREARTY, #36143
Attorneys for Defendants, Cellar Advisors,
LLC; Domaine Saint Louis, LLC;
Domaine New York, LLC; and Marc Lazar
222 South Central Avenue, Suite 200
St. Louis, MO 63105
(314) 725-1227 phone
(314) 725-3006 fax
mcbreartyb@litchfieldcavo.com

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ Angela M. Higgins_____
    ANGELA M. HIGGINS, 52159MO
    Attorneys for Plaintiffs
    2400 Pershing Road, Suite 500
    Kansas City, MO 64108
    (816) 471-2121
    (816) 472-0288 fax
    higgins@bscr-law.com

2

and

BAKER STERCHI COWDEN & RICE, L.L.C.
MARTHA CHAREPOO, MO #55641
Attorneys for Plaintiffs
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 fax
mcharepoo@bscr-law.com

COZEN O'CONNOR

/s/  Paul R. Bartolacci
MICHAEL D. O'DONNELL (*Pro Hac Vice*)
PAUL R. BARTOLACCI (*Pro Hac Vice*)
Attorneys for Great Northern Ins. Co.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mdodonnell@cozen.com
pbartolacci@cozen.com

and

COZEN O'CONNOR

Marisa L. Saber, #60360MO
Attorneys for Great Northern Ins. Co.
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3183
msaber@cozen.com

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 11th day of May 2018 the foregoing document was filed electronically with the Court to be served by operation of the Court's electronic filing system to all attorneys of record.

                                          /s/ Don R. Sherman _____