UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:17-CV-02585-PLC ) |
| MARC LAZAR, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:    WINTERS, BRADLEY A.

    Firm Address:    190 Carondelet Plaza Ste. 1100 St. Louis, MO  63105

    Email:    bwinters@scwstl.com

that he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:    Martha Charepoo (for pla)
    BAKER AND STERCHI, LLC
    100 N. Broadway
    21st Floor
    St. Louis, MO  63102
    Ph: 314-345-5000  FAX: 314-345-5055

    Other Counsel:    Andrew S. Kessler (for dft)
    LITCHFIELD CAVO, LLP
    1515 Market St.
    Suite 1220
    Philadephia, PA  19102
    Ph: 215-999-5765  FAX: 215-557-3771

**The completion deadline for this ADR referral is March 11, 2019.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>January 23, 2019.</u>  
Date

<u>*Gregory J. Linhares*</u>  
Clerk of Court

By: <u>/s/ Erica Brown</u>  
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NETHERLANDS INSURANCE COMPANY, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 4:17-CV-02585-PLC |
| ) | |
| MARC LAZAR, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

WINTERS, BRADLEY A.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NETHERLANDS INSURANCE )
COMPANY, et al., )
 )
    Plaintiff(s), )
 )
  v. )   Case No. 4:17-CV-02585-PLC
 )
MARC LAZAR, et al., )
 )
    Defendant(s). )

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative. **Counsel of record need not provide name and email address.**

Name (printed):                                         Email address:

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

Date_____ Neutral_____