UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NETHERLANDS INSURANCE COMPANY, et al., )
)
          Plaintiffs, )
)
          v. )   Case No. 4:17-cv-02585-PLC
)
CELLAR ADVISORS, et al., )
)
          Defendants. )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

### Option 2

In accordance with the Court's Order Referring Case to ADR,

☒    A final ADR conference was held on: **March 5, 2019**.

☒    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on **March 6, 2019** and the parties [☒ did ☐ did not] achieve a settlement.

### Option 3

☐    Although this case was referred to ADR, a conference WAS NOT HELD.

March 14, 2019          /s/ Bradley A. Winters
Date                            Neutral